UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Robert Johnson, | Case No.: 10-CV-4056 RHK/AJB |
| Plaintiff, | |
| v. | **AFFIDAVIT OF J. ASHWIN MADIA IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Seth Snedden, individually and in his official capacity as a St. Paul Police Officer; Chris McGuire, individually and in his official capacity as a St. Paul Police Officer, | |
| Defendants. | |

_____

STATE OF MINNESOTA )
  ) ss
COUNTY OF HENNEPIN )

J. ASHWIN MADIA, being first duly sworn on oath states as follows:

1. I am the attorney representing Plaintiff in this matter. I submit this affidavit in support of Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment.

1

2. The attached hereto as Exhibits are true and correct copies of:

**Exhibit A**: Affidavit of Johnella White.

**Exhibit B**: Affidavit of Elyse Jackson.

**Exhibit C**: Bell v. Kansas City Police Dep't, Civ. No. 10-1870 (8th Cir. 2011).

**Exhibit D**: El-Ghazzawy v. Berthiaume, Civ. No. 10-2058 (8th Cir. 2011).

**Exhibit E**: Chambers v. Pennycook, Civ. No. 09-2195 (8th Cir. 2011).

**Exhibit F**: Johnson v. Carroll, Civ. No. 10-2889 (8th Cir. 2011).


FURTHER AFFIANT SAYETH NOT.

    s/J. Ashwin Madia_____
    J. Ashwin Madia

Subsribed and sworn to before me
this 28th day of December, 2011.


s/Christopher Kuhlman_____
Notary Public
My commission expires on January 31, 2014.