UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Robert Johnson, | Case No.: 10-CV-4056 RHK/TNL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Seth Snedden, individually and in his official capacity as a St. Paul Police Officer; Chris McGuire, individually and in his official capacity as a St. Paul Police Officer, | |
| Defendants. | |

_____

The above entitled matter having been duly compromised and settled by the undersigned parties,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties hereto through their respective attorneys that said action is hereby dismissed on the merits and with prejudice but without costs or disbursements to any party.

                        SARA GREWING
                        City Attorney

Dated: April 23, 2012      By:   *s/ Lawrence J. Hayes*
                                          Lawrence J. Hayes, #42821
                                          Assistant City Attorney
                                          750 City Hall and Courthouse
                                          15 West Kellogg Boulevard
                                          St. Paul, MN 55102
                                          (651) 266-8728
                                          larry.hayes@ci.stpaul.mn.us
                                          *Attorneys for Defendants*

                                              MADIA LAW, LLC

Dated: April 24, 2012          By:   <u>s/ J. Ashwin Madia</u>
                                                        J. Ashwin Madia, #0321187
                                                        345 Union Plaza
                                                        333 Washington Avenue North
                                                        Minneapolis, MN 55401
                                                        (612) 349-2723
                                                        jamadia@madialaw.com
                                                        *Attorney for Plaintiff*