UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Robert Johnson,                                      Civil No. 10-4056 (RHK/TNL)

      Plaintiff,

v.                                                   **ORDER**

Seth Snedden, individually and
in his official capacity as a
St. Paul Police Officer;
Chris McGuire, individually
and in his official capacity as a
St. Paul Police Officer,

      Defendants.
_____

    IT IS HEREBY ORDERED, pursuant to the parties' Stipulation (Doc. No. 54), that the City of St. Paul shall be added to this case as a Defendant, and that Defendants Seth Snedden and Chris McGuire shall be dismissed from this case with prejudice and without costs and disbursements to any party.


Dated: May 7, 2012                            s/Richard H. Kyle
                                                Honorable Richard H. Kyle
                                                Judge of United States District Court