## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Robert Johnson, | Case No.: 10-CV-4056 RHK/TNL |
| Plaintiff, | |
| v. | **ORDER** |
| Seth Snedden, individually and in his official capacity as a St. Paul Police Officer; Chris McGuire, individually and in his official capacity as a St. Paul Police Officer, | |
| Defendants. | |

_____

## ORDER

Pursuant to the foregoing Stipulation (Doc. No. 55),

IT IS HEREBY ORDERED that the foregoing action be dismissed on the merits with prejudice but without costs or disbursements to any party.

LET JUDGMENT BE ISSUED ACCORDINGLY FORTHWITH.

Dated: May 7, 2012

s/Richard H. Kyle
Honorable Richard H. Kyle
Judge of United States District Court